| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ex rel. The Regional Water Quality Control Board, San Diego Region,<br><br>                              Plaintiff,<br><br>v.<br><br>INTERNATIONAL BOUNDARY AND WATER COMMISSION, UNITED STATES SECTION;<br>JOSE NUÑEZ, in his capacity as Acting Commissioner of the International Boundary and Water Commission, United States Section,<br><br>                              Defendants. | Case No.: 18cv2050-JM (LL)<br><br>**ORDER EXCUSING DEFENDANT VEOLIA WATER NORTH AMERICA WEST LLC FROM SETTLEMENT CONFERENCES INVOLVING OTHER PARTIES IN THE INSTANT CASE AND TWO RELATED CASES** |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

The Court, having reviewed the *Unopposed Motion to Excuse Defendant Veolia Water North America-West, LLC from Settlement Conferences Involving Other Parties in the Instant Case and Two Related Cases* ("Motion"), and good cause appearing therefore, ORDERS that:

    1.    The Motion is GRANTED.

2. Defendant Veolia Water North America-West, LLC ("Veolia") is excused from, and need not participate in, all settlement conferences involving the other parties in the instant case and the two related cases, *City of Imperial Beach, et al. v. The International Boundary & Water Commission - United States Section,* Case No. 18cv457-JM-LL, and *Surfrider Foundation v. The International Boundary & Water Commission – United States Section,* Case No. 18cv1621-JM-LL (the "Related Cases"), including without limitation the case management conference scheduled on August 26, 2019 and the settlement conference scheduled on September 9, 2019, absent a future order of the Court specifically directing Veolia to appear and participate.

3. Veolia is excused from, and need not comply with, any requirements relating to future settlement conferences involving the other parties in the instant case and the Related Cases, absent a future order of the Court specifically directing Veolia to comply with such requirements.

**IT IS SO ORDERED.**

Dated: July 30, 2019

Honorable Linda Lopez
United States Magistrate Judge