ROBERT A. BONTA
Attorney General of California
MICHAEL P. CAYABAN
Supervising Deputy Attorney General
NOAH GOLDEN-KRASNER (SBN 217556)
PHILLIP M. HOOS (SBN 288019)
Deputy Attorneys General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9301
 Fax: (619) 645-2012
 E-mail: Phillip.Hoos@doj.ca.gov
*Attorneys for Plaintiff People of the
State of California, Ex. Rel. the Regional
Water Quality Control Board, San
Diego Region*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, EX. REL. THE REGIONAL WATER QUALITY CONTROL BOARD, SAN DIEGO REGION, *et al.*,<br><br>Plaintiffs,<br>vs.<br><br>INTERNATIONAL BOUNDARY AND WATER COMMISSION, UNITED STATES SECTION, *et al.*,<br>Defendants. | Case No. 3:18-cv-02050-JM-JLB<br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION TO FURTHER CONTINUE DEADLINE TO FILE MOTIONS FOR FEES AND COSTS** |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE THAT on November 3, 2022, Plaintiffs the California Regional Water Quality Control Board, San Diego Region, the California State Lands Commission, and the City of San Diego, executed separate settlement agreements in the instant action concerning the issue of attorney fees and litigation costs with Defendant the International Boundary and Water Commission, United States Section ("USIBWC"). Under the separate agreements, Defendant requires either 120 days or 150 days to provide the agreement-upon payments to Plaintiffs. Declaration of Phillip Hoos in Support of Notice of Settlement and Joint Motion to Further Continue Deadline to File Motions for Fees and Costs ("Hoos Decl.") ¶ 4; Declaration of Lucy Brown in Support of Notice of Settlement and Joint Motion to Further Continue Deadline to File Motions for Fees and Costs ("Brown Decl.") ¶ 3.

In light of this development, and pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, Rules 7.1 and 7.2 of the Local Rules for the United States District Court for the Southern District of California, Section V of the Standing Rules for Civil Matters of the Honorable Jeffrey T. Miller, Plaintiffs together with USIBWC, jointly move to continue Plaintiffs' November 21, 2022 deadline to file a motion for fees and costs, for the reasons set forth below:

1. On April 12, 2022, the Parties executed a settlement agreement, resolving Plaintiffs' substantive legal claims but not their claims for attorneys' fees and costs. In that agreement, the Parties agreed that they would attempt to informally resolve claims for fees and costs and to notify the Court of their progress within 90 days of an order dismissing these actions. *See* Dkt. 121, Exh. 1 at 12–14.

2. On April 19, 2022, consistent with the terms of the settlement agreement, Plaintiffs moved to voluntarily dismiss their respective cases without prejudice and asked the Court to retain jurisdiction for the limited purpose of resolving fees and costs. Dkt. 121.

3. On April 25, 2022, the Court granted Plaintiffs' motions for voluntary dismissal and agreed to retain jurisdiction of these cases to resolve disputes over fees and costs should the Parties prove unable to resolve those claims informally. Dkt. 122. The Court directed Plaintiffs to file any motions for fees and costs no later than 120 days after the filing of the order, or by August 23, 2022. *Id*.

4. On August 12, 2022, the Court granted the Parties' joint motion to extend the deadline to file a motion for fees and costs to November 21, 2022, allowing the Parties more time to continue their good-faith settlement discussions. Dkt. 125.

5. On November 3, 2022, after reviewing voluminous documentation of billing records, and multiple rounds of negotiations, the Parties executed separate agreements that resolved each Plaintiff's attorney fee and cost demands. Pursuant to those agreements, Defendant requires 120 days or 150 days to provide payment to Plaintiffs. Hoos Decl. ¶ 4; Brown Decl. ¶ 3.

6. To ensure Plaintiffs have an adequate legal remedy should payment not be provided as-agreed, the Parties jointly move the Court for an order continuing the deadline by which Plaintiffs must file any claims for fees and costs by 180 days, to May 20, 2023. Plaintiffs will notify the Court within five business days after they receive payment.

Dated: November 10, 2022     By:  *s/ Phillip Hoos*
                                  *Phillip M. Hoos*
                                  *Noah Golden-Krasner*

**Office of the Attorney General of the State of California**
*Attorneys for Plaintiff the People of the State of California, ex rel., the Regional Water Quality Control Board, San Diego Region*

NOTICE OF SETTLEMENT AND JOINT MOTION TO FURTHER CONTINUE DEADLINE
2

By: *s/ Hayley Peterson*
Hayley Peterson
Andrew M. Vogel

**Office of the Attorney General of the State of California**
*Attorneys for Plaintiff State Lands Commission*

*s/ Julie Rau*
By: Mara W. Elliott
Mark Ankcorn
Julie Rau

**City of San Diego – Office of the City Attorney**
*Attorneys for Plaintiff City of San Diego*

By: *s/ Lucy Brown*
Andrew S. Coghlan
Lucy E. Brown

**U.S. Department of Justice – Environmental Defense Section**
Attorneys for Defendant the International Boundary and Water Commission – United States Section