ROB BONTA
Attorney General of California
MICHAEL P. CAYABAN
Supervising Deputy Attorney General
NOAH GOLDEN-KRASNER (SBN 217556)
PHILLIP M. HOOS (SBN 288019)
Deputy Attorneys General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9301
 E-mail: PhillipM.Hoos@doj.ca.gov
*Attorneys for Plaintiff People of the State of California, ex rel. the California Regional Water Quality Control Board, San Diego Region*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, EX. REL. THE REGIONAL WATER QUALITY CONTROL BOARD, SAN DIEGO REGION, *et al.*, <br><br>                    Plaintiffs, <br>    vs. <br><br>INTERNATIONAL BOUNDARY AND WATER COMMISSION, UNITED STATES SECTION, *et al.* <br>                    Defendants. | Case No. 3:18-cv-02050-JM-JLB <br><br>**DECLARATION OF PHILLIP M. HOOS IN SUPPORT OF NOTICE OF SETTLEMENT AND JOINT MOTION TO FURTHER CONTINUE DEADLINE TO FILE MOTIONS FOR FEES AND COSTS** |

## DECLARATION OF PHILLIP M. HOOS

I, Phillip M. Hoos, declare that the following statements are true and correct to the best of my knowledge and belief, that they are based upon my personal knowledge, and that they are provided in conjunction with the parties' Notice of Settlement and Joint Motion to Further Continue Deadline to File Motions for Fees and Costs.

1. I am a Deputy Attorney General for the California Office of the Attorney General. I am counsel representing the People of the State of California *ex rel.* the Regional Water Quality Control Board, San Diego Region ("San Diego Water Board") in the above-captioned matter.

2. In or around April 12, 2022, the Defendant International Boundary and Water Commission, United States Section ("USIBWC") executed a settlement agreement with the San Diego Water Board, the California State Lands Commission, and the City of San Diego (collectively "Plaintiffs"), resolving the Plaintiffs' substantive legal claims but not their claims for attorneys' fees and costs. In that agreement, the Parties agreed that they would attempt to informally resolve Plaintiffs' separate claims for fees and costs.

3. After the Court granted Plaintiffs' motions for voluntary dismissal of their lawsuits and agreed to retain jurisdiction over these cases to resolve disputes over fees and costs, the USIBWC initiated negotiations with each Plaintiff regarding the respective fee and cost demands.

4. In or around November 2022, Plaintiffs reached individual settlement agreements with USIBWC regarding their respective attorney fees and litigation costs requests. Pursuant to those agreements, USIBWC has between 120 to 150 days to provided payment to each Plaintiff.

/ / /
/ / /
/ / /

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct to the best of my knowledge and that
3  I executed this Declaration on November 10, 2022, in San Diego, California.

By: *s/      Phillip Hoos*
Phillip M. Hoos